# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RACHEL SIMS,

    Plaintiff,

v.                                                CASE NO. 3:16cv653-MCR/EMT

PAMPERED PETS, LLC and
KACEY PARKER,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 20, 2019. ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Plaintiff's Motion for Entry of Default Final Judgment, ECF No. 29, is **GRANTED**.

3.	Plaintiff's Motion for Entitlement to and Award of Attorneys' Fees and Costs, ECF No. 30, is **GRANTED**.

4.	The Clerk is directed to enter a default final judgment in favor of Plaintiff and against Defendants Pampered Pets, LLC, and Kacey Parker in the amount of **$1,355.40**, plus an award of reasonable attorney's fees and costs in Plaintiff's favor in the amount of **$3,858.53** (representing $3,300.50 in attorney fees and $558.03 in costs), and close the file.

**DONE AND ORDERED** this 25th day of March 2019.

	*s/ M. Casey Rodgers*
	**M. CASEY RODGERS**
	**UNITED STATES DISTRICT JUDGE**